<u>CERTIFICATION OF SERVICE</u>

I, GITANJALI S. GUTIERREZ, ESQ., hereby certify that, on October 18, 2006, I caused two (2) copies of Petitioner Majid Khan's Expedited Motion for Emergency Access to Counsel and Entry of the Protective Order to be served,

via certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Alberto R. Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution Ave., NW<br>Room 5111<br>Washington, DC 20530 | George W. Bush<br>President, United States of America<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, DC 20301-1000 |
| Donald Rumsfeld<br>Secretary, United States Dep't of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | Rear Admiral Harry B. Harris, Jr.<br>United States Navy<br>Navy Pentagon<br>Washington, DC 20310-0200 |
| Army Col. Wade F. Davis<br>United States Army<br>Army Pentagon<br>Washington, DC 20310-0200 | Kenneth L. Wainstein<br>U.S. Attorney<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, DC 20530 |

via first-class mail, upon the following:

| | |
|---|---|
| Rear Admiral Harry B. Harris, Jr.<br>Commander, Joint Task Force-GTMO<br>JTF-GTMO<br>APO AE 09360 | Army Col. Wade F. Davis<br>Commander, JDOG<br>JTF-GTMO<br>APO AE 09360 |

and via electronic mail and certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Terry M. Henry<br>Senior Trial Counsel<br>Civil Division, Federal Programs Branch<br>U.S. Dept. of Justice<br>Room 7144<br>20 Massachusetts Ave. NW<br>Washington, DC 20530 | Andrew I. Warden<br>Trial Counsel<br>Civil Division, Federal Programs Branch<br>U.S. Dept. of Justice<br>Room 7144<br>20 Massachusetts Ave. NW<br>Washington, DC 20530 |

*Counsel for Respondents*

                                                           /s/_____
                                                          Gitanjali S. Gutierrez, Esq.

Dated: October 18, 2005