IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, et al., <br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br> *Respondents*. | Civil Action No. 06-1690 (RBW) |

### DECLARATION OF GITANJALI S. GUTIERREZ

I, Gitanjali S. Gutierrez, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney with the Center for Constitutional Rights (CCR), and counsel for Majid Khan, Petitioner in the above-captioned matter, and for Rabia Khan, the wife and Next Friend for Petitioner Majid Khan. I offer this Declaration in support of Petitioner Khan's Petition for Writ of Habeas Corpus.

2. In the course of my representation of Mrs. Khan as the Next Friend of Petitioner Majid Khan, I have spoken and corresponded with her on numerous occasions to advise her of legal and factual developments and obtain her consent concerning decisions in the above-captioned matter.

3. Prior to the filing of the habeas petition in the above-captioned manner, Mrs. Khan authorized the Center for Constitutional Rights and its attorneys to act on her behalf and on behalf of her husband to challenge the legality of his detention and to seek whatever other legal redress is in his best interest, in the Courts of the United States

and any other available legal forum. See Attachment A, Authorization Executed by Rabia Khan.

4. Upon learning that Petitioner Khan had been transferred to the custody of the U.S. Department of Defense in Guantánamo Bay Naval Station, Guantánamo Bay, Cuba, I contacted Mrs. Khan and notified her that her husband was alive and that his location was now public. We discussed the legal options available to challenge the legality of his custody by U.S. military authorities. She provided her consent to file the above-captioned petition.

5. I have verified the Petition for Writ of Habeas Corpus on behalf of Petitioner Majid Khan and his wife and Next Friend, Rabia Khan in the above-captioned matter. See Attachment B, Verification.

6. I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of November, 2006 in New York, New York.

_____
Gitanjali S. Gutierrez

**Attachment A**

## Authorization

Please return to:
Center for Constitutional Rights
ATTN: Tina M. Foster
666 Broadway, 7th Floor
New York, NY 10012

Date: _____

My name is **Rabia**. I am acting as next friend for my **Husband**, whose name is **Majid**,

a citizen of **Pakistan**, who is being held at un identify place.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Tina Monshipour Foster of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _[signed]_

Print Name: **Rabia**

Witnessed by: _[signed]_

Print Name: **Khalid Maqsood**

**Attachment B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, et al.,<br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No. 06-1690 (RBW) |

## VERFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 3rd day of November, 2006.

_____
Gitanjali S. Gutierrez