IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 06-CV-1690 (RBW) |

### RESPONDENTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONERS' EXPEDITED MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 17, 2006 ORDER, OR IN THE ALTERNATIVE, RENEWED EXPEDITED MOTION FOR EMERGENCY ACCESS TO COUNSEL AND ENTRY OF AMENDED PROTECTIVE ORDER

Respondents, through undersigned counsel, move for an extension of time of eight (8) days from December 21 to and including December 29, 2006, within which to respond to Petitioners' Expedited Motion for Reconsideration of the Court's November 17, 2006 Order, or in the Alternative, Renewed Expedited Motion for Emergency Access to Counsel and Entry of Amended Protective Order (dkt no. 12). In support of this motion, respondents inform the Court as follows:

1.      On October 8, 2006, petitioners moved this court for expedited emergency access to counsel and entry of amended protective order.

2.      Respondents opposed that motion on October 26, 2006 because, among other things, the Military Commissions of Act of 2006 ("MCA") has divested this Court of jurisdiction over habeas petitions such as this one and because the District of Columbia Circuit is currently

reviewing the same jurisdiction issue in certain of the pending Guantanamo detainee appeals. Respondents also argued that the proposed protective order, which was filed in other Guantanamo detainee habeas cases before the enactment of the MCA and the Detainee Treatment Act of 2005, in any event did not appropriately account for the national security concerns and classification issues unique to Khan and others like him, who were previously held in the high-value terrorist detainee program operated by the Central Intelligence Agency.

3. On November 17, 2006, this Court denied petitioners' motion in light of the fact that the issue of whether this Court has jurisdiction to entertain the habeas petition is pending review by the District of Columbia Circuit.

4. On December 7, 2006, petitioners moved this Court for reconsideration of its November 17, 2006 Order, and additionally requested that this Court order an immediate mental and physical health evaluation of Khan by independent health professionals. Respondents' response is currently due December 21, 2006.

5. Respondents are in need of additional time in order to prepare an adequate response. Additional time is warranted, including, to permit, potentially, submission of appropriate declaration(s) and in light of holiday schedules.

6. Respondents have conferred with counsel for petitioners, who oppose the requested extension.

7. Accordingly, respondents respectfully request that they be granted an extension of time of eight (8) days to and including December 29, 2006 to submit their opposition.

Dated: December 18, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

     /s/ *Jean Lin*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1690 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER**

Upon consideration of respondents' Motion for Extension of Time, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including December 29, 2006 to file an opposition to Petitioners' Expedited Motion for Reconsideration of the Court's November 17, 2006 Order, or in the Alternative, Renewed Expedited Motion for Emergency Access to Counsel and Entry of Amended Protective Order.

Dated:

_____
UNITED STATES DISTRICT JUDGE