IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAJID KHAN, *et al.* | ) | |
| Petitioners, | ) ) ) | |
| v. | ) | Civil Action No. 06-CV-1690 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

**FIRST CONSENT MOTION FOR EXTENSION OF TIME TO FILE
RESPONDENTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
AND TO RESPOND TO PETITIONERS' ALTERNATIVE MOTION
FOR A STAY-AND-ABEY ORDER**

Respondents, through undersigned counsel, move for an extension of time of seven (7) days from May 14 to and including May 21, 2007, within which to respond to Petitioners' Opposition to Respondents' Motion to Dismiss, or Alternatively, Motion for A Stay-And-Abey Order (dkt no. 21). In support of this motion, respondents inform the Court as follows:

1. On April 19, 2007, respondents filed in this Court an omnibus motion to dismiss all habeas petitions filed by detainees at Guantanamo Bay, Cuba based on the D.C. Circuit's decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. denied*, 127 S. Ct. 1478 (Apr. 2, 2007), and Section 7 of the Military Commissions Act of 2006 ("MCA"), Pub. L. No. 109-366, 120 Stat. 2600.

2. Petitioner opposed that motion on May 3, 2007, contending, among other things, that he is not similarly situated to other Guantanamo detainees because he is a long-term, legal resident of the United States, who previously was granted asylum by the United States.

3.  Respondents are in need of additional time in order to prepare an adequate response to Petitioner's argument regarding his asylee status, and to determine the effect of that status, if any, on Petitioner's constitutional argument.

4.  This is respondents' first request for extension of time in connection with the filing of their reply in support of their motion to dismiss. No other previously scheduled deadlines exist in this case that would be affected by the requested extension.

5.  Pursuant to Local Civil Rule 7(m), respondents have conferred with counsel for petitioner, who consent to the requested extension.

6.  Accordingly, respondents respectfully request that they be granted an extension of time of seven (7) days to and including May 21, 2007 to submit their Reply.

Dated:    May 8, 2007            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Jean Lin*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 06-CV-1690 (RBW) |

**ORDER**

Upon consideration of respondents' First Consent Motion for Extension of Time, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including May 21, 2007 to file respondents' reply in support of their motion to dismiss and to respond to petitioners' alternative motion for a stay-and-abey order.

Dated: _____

_____ UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAJID KHAN, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1690 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

I, JEAN LIN, declare the following to be true and correct to the best of my knowledge:

1. I am a Trial Attorney with the Department of Justice, Civil Division, Federal Programs Branch. I am one of the attorneys for respondents in the above-captioned case.

2. On April 19, 2007, respondents filed in this Court an omnibus motion to dismiss all habeas petitions filed by detainees at Guantanamo Bay, Cuba based on the D.C. Circuit's decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. denied*, 127 S. Ct. 1478 (Apr. 2, 2007), and Section 7 of the Military Commissions Act of 2006 ("MCA"), Pub. L. No. 109-366, 120 Stat. 2600.

3. Petitioner opposed that motion on May 3, 2007, contending, among other things, that he is not similarly situated to other Guantanamo detainees because he is a long-term, legal resident of the United States, who previously was granted asylum by the United States.

4. Respondents are in need of additional time in order to prepare an adequate response to Petitioner's argument regarding his asylee status, and to determine the effect of that status, if any, on Petitioner's constitutional argument. Therefore, respondents are requesting a

short extension of time of seven (7) days.  The request is not intended to cause delay, but rather, it is intended to enable respondents to fully address the different issue raised by petitioner's asylee status.

     5.    On May 7, 2007, I contacted petitioner's counsel by E-mail regarding respondents' request for an extension of time.  One of petitioner's attorneys, J. Wells Dixon, responded that petitioner consents to the extension request.

     Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

     Dated this _____ day of May 2007.

_____
JEAN LIN