IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
─────────────────────────────────── x
                                    :
MAJID KHAN, et al.,                 :
                                    :
                Petitioners,        :
                                    :
        v.                          :   Civil Action No. 06 CV 1690 (RBW)
                                    :
GEORGE W. BUSH, et al.,             :
                                    :
                Respondents.        :
                                    :
─────────────────────────────────── x
```

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of Petitioners in the above-captioned case.

I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing Petitioners without compensation.

Dated:   New York, New York
         May 8, 2007

                                    Respectfully submitted,

                                    Counsel for Petitioners:

                                    /s/ J. Wells Dixon
                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel: (212) 614-6464
                                    Fax: (212) 614-6499