IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                              :
MAJID KHAN,                                   :
                                              :
              Petitioner,                     :
                                              :
       v.                                     :     Civil Action No. 06-CV-1690 (RBW)
                                              :
GEORGE W. BUSH, *et al.*,                     :
                                              :
              Respondents.                    :
                                              :
———————————————————— x

## SUPPLEMENTAL NOTICE OF RECENT ACTIVITY IN GUANTÁNAMO CASES

Petitioner respectfully submits this supplemental notice of recent activity in various Guantánamo detainee cases in further opposition to Respondents' motion to dismiss, and in further support of his requests for counsel access and jurisdictional discovery.  On June 29, 2007, the Supreme Court granted the petitions for *certiorari* in *Boumediene v. Bush*, S. Ct. No. 06-1195, and *Al Odah v. United States*, S. Ct. No. 06-1196, having reconsidered and then vacated its orders of April 2, 2007, denying those petitions.  Accordingly, and for the reasons set forth in Petitioner's prior filings, this Court should deny Respondents' motion to dismiss this case, since that motion was based on the Court of Appeals decisions that the Supreme Court has now decided to review.  *See also*, *e.g.*, Minute Order, *Ameziane v. Bush*, No. 05-CV-392 (ESH) (D.D.C. July 5, 2007) (denying Respondents' motion to dismiss without prejudice); Minute Order, *Ahmed "Doe" v. Bush*, No. 05-CV-1458 (ESH) (D.D.C. July 5, 2007) (same).

Alternatively, this Court should grant Petitioner's stay-and-abey motion.  *See also*, *e.g.*, Minute Order, *Said v. Bush*, No. 05-CV-2384 (RWR) (D.D.C. July 2, 2007)

(continuing stay in lieu of dismissing case); Minute Order, *Yaakoobi v. Bush*, No. 06-CV-1683 (RWR) (D.D.C. July 2, 2007) (same).

At a minimum, whether the Court denies Respondents' motion to dismiss and/or grants Petitioner's stay-and-abey motion, the Court should grant Petitioner's pending requests for access to his counsel and jurisdictional discovery. *Cf.* Order, *Ghanem v. Bush*, No. 05-CV-1638 (CKK) (D.D.C. July 10, 2007) (amending stay to require 30-days advance notice of any intended removal of detainee from the Court's jurisdiction) (attached hereto as Exhibit A).

Dated:    New York, New York
          July 10, 2007

Respectfully submitted,

Counsel for Petitioner:

/s/ J. Wells Dixon
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6464
Fax:  (212) 614-6499

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-1638 (CKK) |

### ORDER
(July 10, 2007)

On June 7, 2007, Petitioner filed a [43] Motion to Stay Habeas Action and Hold Habeas

Action in Abeyance, which is opposed. On July 9, 2007, Petitioner filed a [51, 52] Motion for

Preliminary Injunction/Temporary Restraining Order Requiring Respondents to Provide Counsel

for Petitioner and the Court With Thirty Days' Advance Notice of Intended Removal of

Petitioner from Guantanamo. With respect to Petitioner's Motions, the Court enters the

following Order:

The Court issued an [7] Order on October 19, 2005, staying this case. Petitioner and

Respondents having submitted themselves to the jurisdiction of this Court, and the Court having

asserted *in personam* jurisdiction, *see Rasul v. Bush*, 542 U.S. 466 (2004), the stay issued by the

Court on October 19, 2005, is amended to now include the Court's receipt of notice from

Respondents 30 days in advance of any release, repatriation, or rendition that would remove

Petitioner from the Court's jurisdiction.[1]  This requirement will remain in effect until further order of the Court.

Accordingly, it is this 10th day of July, 2007, hereby

ORDERED that Respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioner; it is also

ORDERED that Petitioner's [51, 52] Motion for Preliminary Injunction/Temporary Restraining Order Requiring Respondents to Provide Counsel for Petitioner and the Court With Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo is unnecessary and DENIED; it is also

ORDERED that Petitioner's [43] Motion to Stay Habeas Action and Hold Habeas Action in Abeyance is DENIED AS MOOT, as this action is presently stayed.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1]  The Court acknowledges that the Supreme Court granted renewed petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), which raises key jurisdictional issues with respect to this and other Guantanamo cases. However, in light of the D.C. Circuit's *per curiam* Order dated June 7, 2007 in *Al Ginco v. Bush*, 06-5191 (D.C. Cir. June 7, 2007), the instant Court is guided by the following language: "The district court may consider in the first instance . . . petitioners' motions to stay and hold in abeyance, which are currently pending before the district court . . . ." *Id*.  Furthermore, the D.C. Circuit denied without prejudice "the government's motions to vacate the notice orders." *Id*.

2