IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MAJID KHAN**, *et al.*,<br>    *Petitioners*,<br>v.<br><br>**GEORGE W. BUSH, et al.**,<br>    *Respondents*. | )<br>)<br>)<br>) Civil Action No. 06-cv-1690 (RBW)<br>)<br>)<br>)<br>) |

**EXPEDITED MOTION FOR STATUS CONFERENCE**

Petitioner Majid Khan ("Khan"), by his undersigned counsel, moves for this Court to issue an order scheduling a status conference on or before July 30, 2007, to discuss the Court's anticipated timing for deciding Petitioner's pending motion for counsel access and Respondents' pending motion to dismiss; the need, if any, to process additional security clearance for Petitioner's counsel in order to facilitate future counsel access; jurisdictional discovery issues; the Court's request for a status update concerning Petitioner's medical condition; and any other matters the Court might deem appropriate.  Counsel request that the status conference be held on the record in open court to afford Petitioner's father, sisters, brothers, and other family members living the United States an opportunity to attend the proceeding.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner conferred with Respondents' counsel regarding the relief sought in this motion.  Respondents oppose the motion.

Date:   July 20, 2007

Respectfully submitted,

/s/ Gitanjali S. Gutierrez

Gitanjali S. Gutierrez
J. Wells Dixon
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

*Counsel for Petitioner*