IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAJID KHAN, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1690 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' MEMORANDUM IN OPPOSITION TO
EXPEDITED MOTION FOR STATUS CONFERENCE**

Respondents respond to petitioner's Expedited Motion for Status Conferenceas follows:

1.  Petitioner has asked that this Court schedule a status conference in this case dealing with his detention at Guantanamo Bay, Cuba. As explained in respondents' pending Motion to Dismiss, this Court lacks jurisdiction to take any action in this matter other than to dismiss this case. Therefore, no purpose would be served by the setting of a status conference. The present motion should be denied for that reason.

2.  Petitioner requests that the status conference he seeks be set on an expedited basis, but has provided no reason to justify such expedition. In any event, if the Court does decide to set this matter down for a status conference, respondents respectfully ask that any such status conference be held no earlier than July 30, 2007, inasmuch as respondents' counsel's schedule does not readily accommodate an earlier conference.

Dated: July 23, 2007                         Respectfully submitted,

                                             PETER D. KEISLER
                                             Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/*Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents