IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, *et al.*,<br>  *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>  *Respondents*. | Civil Action No. 06-cv-1690 (RBW) |

### SUPPLEMENTAL NOTICE OF RECENT ACTIVITY IN GUANTÁNAMO CASES

Petitioner respectfully submits this supplemental notice of recent activity in various Guantánamo detainee cases in further opposition to Respondents' motion to dismiss, and in further support of his requests for counsel access, jurisdictional discovery and a status conference. On June 29, 2007, the Supreme Court granted the petitions for *certiorari* in *Boumediene v. Bush*, S. Ct. No. 06-1195, and *Al Odah v. United States*, S. Ct. No. 06-1196, having reconsidered and then vacated its orders of April 2, 2007, denying those petitions. Yesterday, June 26, 2007, the Court of Appeals for the District of Columbia recalled its mandate in *Al Odah v. United States*, Nos. 05-5064, et al. (D.C. Cir. June 26, 2007), attached hereto as Exhibit A, and *Boumediene v. Bush*, No.05-5062 (D.C. Cir. June 26, 2007), attached hereto as Exhibit B. Accordingly, and for the reasons set forth in Petitioner's prior filings, this Court should deny Respondents' motion to dismiss this case, since that motion was based on the Court of Appeals decisions that the Supreme Court has now decided to review and for which the Court of Appeals has withdrawn its mandate.

Alternatively, this Court should grant Petitioner's stay-and-abey motion. *See also*, *e.g.*, Minute Order, *Said v. Bush*, No. 05-CV-2384 (RWR) (D.D.C. July 2, 2007) (continuing stay in lieu of dismissing case); Minute Order, *Yaakoobi v. Bush*, No. 06-CV-1683 (RWR) (D.D.C. July 2, 2007) (same).

At a minimum, whether the Court denies Respondents' motion to dismiss and/or grants Petitioner's stay-and-abey motion, the Court should grant Petitioner's pending requests for access to his counsel, jurisdictional discovery and a status conference.

Dated:   New York, New York
         July 27, 2007

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                        /s/ Gitanjali S. Gutierrez
                                        Gitanjali S. Gutierrez
                                        J. Wells Dixon
                                        Shayana Kadidal
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6485
                                        Fax: (212) 614-6499

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5064**              **September Term, 2006**

**02cv00299, 02cv00828
02cv01130, 04cv01135
04cv01136, 04cv01137,
04cv01144, 04cv01164
04cv01194, 04cv01227
04cv01254**

Filed On: July 26, 2007 [1056486]

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

     v.

United States of America, et al.,
    Appellees

---

Consolidated with 05-5095, 05-5096, 05-5097, 05-5098,
05-5099, 05-5100, 05-5101, 05-5102, 05-5103, 05-5104,
05-5105, 05-5106, 05-5107, 05-5108, 05-5109, 05-5110,
05-5111, 05-5112, 05-5113, 05-5114, 05-5115, 05-5116

    **BEFORE**:    Sentelle,* Rogers, and Griffith, Circuit Judges

## O R D E R

    Upon consideration of appellants' motion to recall the mandate and the opposition thereto, it is

    **ORDERED** that the motion be granted and the mandate be recalled. The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    Nancy G. Dunn
    Deputy Clerk

*Circuit Judge Sentelle would deny the motion.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5062**  **September Term, 2006**

**04cv01142**
**04cv01166**

**Filed On: July 26, 2007** [1056472]

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

    v.

George W. Bush, President of the United States, et al.,
    Appellees

_____

Consolidated with 05-5063

**BEFORE**: Sentelle,* Rogers, and Griffith, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to recall the mandate and the opposition thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled. The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:

    Nancy G. Dunn
    Deputy Clerk

*Circuit Judge Sentelle would deny the motion.