UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MAJID KHAN, et al.,                                       )
                                                                      )
                                                                      )
     Petitioners,                                                )
                                                                      )
           v.                                                         )     Civil Action No: 06-1690 (RBW)
                                                                      )
GEORGE WALKER BUSH, et al.,                   )
                                                                      )
     Respondents.                                             )
_____)

**ORDER**

In light of the Supreme Court's recent ruling in Boumediene v. Bush, Nos. 06-1195, 06-1196, 2008 WL 2369628 (June 12, 2008), it is

**ORDERED** that on or before June 27, 2008, the parties shall file a joint status report updating the Court as to the status the petitioner Majid Khan in this case (e.g., whether the petitioner has been released from the custody of the United States government or transferred to another facility or country, whether any of the individual petitioners in this case have filed duplicative petitions in this or any other case, etc.). It is further

**ORDERED** that if the parties are unable to provide such information by the date specified above, they shall indicate the earliest possible date by which they can comply with the Court's directive.

**SO ORDERED** this 20th day of June, 2008.

/s/_____
Reggie B. Walton
United States District Court Judge