IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAJID KHAN, *et al.*       )<br>                            )<br>    Petitioners,           )<br>                            )<br>    v.                      )<br>                            )<br>GEORGE W. BUSH,             )<br>    President of the United States, )<br>    *et al.*,               )<br>                            )<br>    Respondents.            )<br>                            ) | Civil Action No. 06-CV-1690 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's June 20, 2008 Order (dkt. no. 41) in this case, undersigned counsel for petitioners and respondents jointly state as follows:

1.  Petitioner Majid Khan (Internment Serial Number 10020) is the sole detainee-petitioner in this habeas corpus case;

2.  Petitioner Khan is currently detained at Guantánamo Bay;

3.  No duplicate habeas petitions have been filed on behalf of petitioner Khan.

4.  Petitioners' counsel have prepared a supplemental status report that contains presumptively TOP SECRET//SENSITIVE COMPARTMENTED INFORMATION ("TS//SCI"), which they contend is relevant to petitioner Khan's status and thus to the Court's Order of June 20, 2008.

5.  Respondents' counsel do not agree that the supplemental status report is necessary in order to respond to the Court's Order of June 20, 2008.

6.       No protective order governing the use or submission of classified information has been entered in this case.  Petitioner's counsel's access to presumptive TS//SCI information to date has been pursuant to the terms of a protective order entered in petitioner Khan's petition for review under the Detainee Treatment Act of 2005 ("DTA") pending in the Court of Appeals, *see Khan v. Gates*, No. 07-1324 (D.C. Cir.), and that protective order does not authorize filing of classified materials obtained in that case in other courts or in other cases.

7.       The parties do not agree as to whether the protective order entered in petitioner Khan's petition for review under the Detainee Treatment Act regarding the use and submission of TS//SCI information should be entered in this case as an interim measure.  The parties also do not agree as to entry in this case of the standard habeas protective order applicable to most Guantánamo detainee cases.

8.       Accordingly, petitioners' counsel have not filed or otherwise disclosed the supplemental status report.  Instead, they have lodged it with the Court Security Office pending further instructions from respondents' counsel and/or the Court.

Dated: June 27, 2008                                          Respectfully submitted,


| | |
|---|---|
| */s/ Terry M. Henry* | */s/ J. Wells Dixon* |
| JUDRY L. SUBAR | J. Wells Dixon (Pursuant to LCvR 83.2(g)) |
| TERRY M. HENRY | CENTER FOR CONSTITUTIONAL |
| ANDREW I. WARDEN | RIGHTS |
| Attorneys | 666 Broadway, 7th Floor |
| United States Department of Justice | New York, New York 10012 |
| Civil Division, Federal Programs Branch | Tel: (212) 614-6423 |
| P.O. Box 883 | Fax: (212) 614-6499 |
| Washington, DC 20044 | |
| Tel: (202) 514-4107 | Attorneys for Petitioners |
| | |
| Attorneys for Respondents | |