IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
                                        :
IN RE:                                  :
                                        :
GUANTÁNAMO BAY                          :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                     :
                                        :
                                        :
_____ x
                                        :
                                        :
MAJID KHAN,                             :
                                        :
                                        :
               Petitioner,              :
                                        :
       v.                               :   Civil Action No. 06-1690 (RBW)
                                        :
ROBERT M. GATES,                        :
                                        :
               Respondent.              :
                                        :
_____ x
```

## NOTICE OF FILING

PLEASE TAKE NOTICE that petitioner Majid Khan, by and through his undersigned counsel, has submitted a status report with exhibits to the Court Security Office for service and filing in the above-captioned cases.

Date:   New York, New York
        July 17, 2008

                                                                                      Respectfully submitted,

                                                                                      Counsel for Petitioner:

                                                                                      /s/ J. Wells Dixon
                                                                                      J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                                                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                                                                      666 Broadway, 7th Floor
                                                                                      New York, New York 10012
                                                                                      Tel: (212) 614-6423