IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

——————————————————————— x
                                        :
                                        :
IN RE:                                  :
                                        :
GUANTÁNAMO BAY          : Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                     :
                                        :
——————————————————————— x
                                        :
                                        :
MAJID KHAN,                             :
                                        :
                                        :
          Petitioner,                   :
                                        :
     v.                                 : Civil Action No. 06-1690 (RBW)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
          Respondents.                  :
                                        :
——————————————————————— x

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner Majid Khan has submitted to the Court Security Office for service and filing in the above-captioned actions a Motion for Order Directing the Court Security Office to File Supplemental Status Report.

Date:  New York, New York
       August 1, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioner:


                                        /s/ J. Wells Dixon
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6423