UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>06-CV-1690, 08-CV-1085, 08-CV-1207, 08-CV-1360 |

## ORDER

Pending before the Court is the government's Motion To Reconsider Application Of Standard Habeas Protective Order To These Cases And Request For Entry Of Proposed Protective Order Pertaining To Top Secret/Sensitive Compartmented Information (08-mc-442, docket # 264). Upon review of the motion and the entire record herein, the Court

**ORDERS** that the motion is **GRANTED in part**. Accordingly, the Court

**ORDERS** that, pending further order of the Court, the following do not apply in the above-listed cases: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for Protected Information, first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004, Amended Protective Order, first issued on December 13, 2004. Additionally, the Court

**ORDERS** petitioners' counsel to respond by August 29, 2008, to the government's request that the Court enter the government's proposed TS/SCI Protective Order.

August 19, 2008                                         /s/
                                                  Thomas F. Hogan
                                              United States District Judge