IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
:
IN RE:                                 :
:
GUANTÁNAMO BAY                         :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                    :
:
:
_____ x
:
:
MAJID KHAN,                            :
:
:
            Petitioner,                :
:
        v.                             :   Civil Action No. 06-1690 (RBW)
:
GEORGE W. BUSH, *et al.*,              :
:
            Respondents.               :
:
_____ x

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner Majid Khan submitted to the Court Security Office for service and filing in these actions a Reply Memorandum in Further Support of Motion for Order Directing the Court Security Office to File Supplemental Status Report.

Date:   New York, New York
        August 26, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioner:


                                        /s/ J. Wells Dixon
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6423