IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――― x
: 
MAJID KHAN, *et al.*, :
:
Petitioners, :
:
v. : Civil Action No. 06-1690 (RBW)
:
BARACK OBAMA, *et al.*, :
:
Respondents. :
:
―――――――――――――――――――――― x

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing the petitioners without compensation.

Dated:   New York, New York
         October 26, 2010

Respectfully submitted,

/s/ Andrew Weissmann

Andrew Weissmann (Pursuant to LCvR 83.2(g))
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Tel  (212) 891-1650
Fax  (212) 891-1699
AWeissmann@jenner.com

*Counsel for Petitioners*