UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID KHAN, | ) ) ) No. 06-CV-1690 (RBW) |
| *Petitioner*, | ) ) |
| v. | ) [PROPOSED] ORDER GRANTING ) LEAVE TO WITHDRAW PAUL M. ) MONTELEONI AS COUNSEL FOR |
| BARACK OBAMA *et al.*, | ) PETITIONER MAJID KHAN ) |
| *Respondents*. | ) ) ) |

This matter having come before the Court on January 27, 2012 upon the motion of Jenner & Block LLP seeking leave to withdraw Paul M. Monteleoni as counsel for Petitioner Majid Khan, and for good cause shown,

IT IS HEREBY ORDERED that leave is granted for Paul M. Monteleoni to withdraw as counsel for Petitioner Majid Khan and Paul M. Monteleoni is hereby withdrawn as counsel from this case.

SO ORDERED:

_____
U.S.D.J.

January 27, 2012